**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Lashanda Duncan, | Civil Action No.  3:21-cv-03974-MGL-SVH |
| Plaintiff, | |
| vs. | |
| Capital Waste Services and Tracey Hudson in his individual capacity, | **NOTICE OF REMOVAL** |
| Defendants. | |

TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, COLUMBIA DIVISION; THE COURT OF COMMON PLEAS FOR RICHLAND COUNTY, SOUTH CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD

Defendants, Capital Waste Services and Tracey Hudson, by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby remove to the United States District Court for the District of South Carolina the state court action described below.  As grounds for removal, Defendants state as follows:

1.    This case was commenced by Plaintiff Lashanda Duncan in the Court of Common Pleas for the Fifth Judicial Circuit in and for Richland County, South Carolina, as Case No. 2021-CP-4005472.  A true and correct copy of the Complaint filed in the state court is attached hereto as **Exhibit A**.  Plaintiff asserts, among others, claims for discrimination and retaliation in alleged violation of 42 U.S.C. § 2000(e), *et seq.*, otherwise known as Title VII of the Civil Rights Act of 1964 ("Title VII").

2.    Copies of the Summons and Complaint were served on Defendants on November 12, 2021.

3.     This is a civil action of which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a) as a civil action arising under the laws of the United States.  Specifically, Plaintiff alleges claims under Title VII.

4.     Although Defendants dispute any liability to Plaintiff, they expressly incorporate the allegations contained in the Complaint attached hereto as Exhibit A for the purpose of demonstrating the propriety of removal.

5.     This Notice of Removal is timely because it is being filed within thirty (30) days after Defendants were served with the Summons and Complaint.  *See* 28 U.S.C. § 1446.

6.     Pursuant to 28 U.S.C. § 1446(d), Defendants are serving written notice to Plaintiff of the filing of this Notice of Removal, and will serve and file a true and correct copy of this Notice of Removal with the Clerk of Court of Common Pleas for the Fifth Judicial Circuit in and for Richland County, South Carolina.

7.     As required by 28 U.S.C. § 1446(a), Defendants have attached copies of all state court process and pleadings to this Notice of Removal.  *See* Exhibit A.

8.     Defendants have not attempted to litigate this case in state court or taken any action that could be construed as a waiver of their right of removal.

9.     By removing the above-captioned case to this Court, Defendants do not waive any of their available defenses.

10.     In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the District of South Carolina, Columbia Division, because the state court action was filed within this judicial district and division.

11.     This Notice has been signed by the undersigned pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

12.     Defendants specifically reserve and do not waive any defenses.

WHEREFORE, Defendants respectfully remove this case to this Court's jurisdiction.

Respectfully submitted,

/s/ David E. Dubberly
David E. Dubberly (Fed. Id. No. 00620)
ddubberly@nexsenpruet.com
Brittany N. Clark (Fed. Id. No. 12891)
bclark@nexsenpruet.com
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC  29202
Phone:  803.253.8281
Facsimile:  803.727.1429

*Attorneys for Defendants,*
*Capital Waste Services and Tracey Hudson*

December  8, 2021
Columbia, South Carolina

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing *Notice of Removal* has been electronically filed and served via CM/ECF upon the following counsel of record, via U. S. Mail, appropriate postage affixed thereunto, and addressed as shown below this 8th day of December, 2021.

Samantha E. Albrecht
1418 Laurel Street, Suite A
Post Office Box 11675
Columbia, SC  29201

*Attorneys for Plaintiff*

/s/ David E. Dubberly

4